## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

SUSAN D. PARKER, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO.  2:08-cv-00085

WELLS FARGO FINANCIAL WEST VIRGINIA, INC.,

        Defendant.

### ORDER

Pending before the court is the Joint Motion to Refer Case to Bankruptcy Court [Docket 10] due to an error in filing the Notice of Removal with the Clerk for District Court of the Southern District of West Virginia, rather than the Clerk for the United States Bankruptcy Court for the Southern District of West Virginia.  In the motion and proposed order, the parties allege that the dispute between the parties is a core proceeding, and should have been removed to the Bankruptcy Court to join the plaintiffs' Bankruptcy Pet. No. 2:05-bk-20911.  For reasons appearing to the court, the motion is **GRANTED**, and the matter is **REFERRED** to the Bankruptcy Court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, the Clerk of the Bankruptcy Court,  and any unrepresented party.

                      ENTER:      April 28, 2008

Joseph R. Goodwin, Chief Judge